# CASE ANNOUNCEMENTS

*August 1, 2014*

[Cite as *08/01/2014 Case Announcements*, 2014-Ohio-3334.]

## MOTION AND PROCEDURAL RULINGS

**In re Howard.**
On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 4.03. This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in the court without obtaining leave. On July 30, 2014, Howard presented an application for leave to file a motion to overturn the court's order of September 24, 2004, declaring appellant a vexatious litigator and to declare S.Ct.Prac.R. 4.03 unconstitutional.

It is ordered by the court that the application for leave to file the motion is denied.

**2014–0700. Euclid City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2012–1042. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted, and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–0811. State v. Charlton.**
Lorain App. No. 12CA010206, 2014-Ohio-1330. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion for leave to exceed page limitation for memorandum in support of jurisdiction, it is ordered by the court that the motion is granted. It is further ordered by the court that appellee's memorandum in response may also be up to 38 pages long, if necessary.

## DISCIPLINARY CASES

**2013–0999. Disciplinary Counsel v. Deters.**
This cause came on for further consideration upon respondent's filing of a motion to seal the character-and-fitness file.

Upon consideration thereof, this court orders that the motion to seal is granted. The character-and-fitness file filed on July 16, 2014, is hereby filed under seal in this matter.

**2013–1230. Disciplinary Counsel v. Jacobs.**
This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Leslie William Jacobs, Attorney Registration No. 0020387, last known business address in Gates Mills, Ohio.

The court, coming now to consider its order of May 27, 2014, wherein the court, pursuant to Gov.Bar R. V(6)(B)(3), suspended respondent from the practice of law for a period of two years with credit for the time served under the April 3, 2012 interim felony suspension, finds that respondent has not substantially complied with that order.

Therefore, it is ordered by this court that respondent's application for reinstatement is denied.